**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6685**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

ADRIAN Y. JACKSON,

              Defendant - Appellant.

**No. 09-6686**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

ADRIAN Y. JACKSON,

              Defendant - Appellant.

Appeals from the United States District Court for the Western
District of North Carolina, at Charlotte.  Martin K. Reidinger,
District Judge.  (3:04-cr-00191-MR-DCK-5; 3:05-cr-00103-RJC-DCK-
1)

Submitted: August 5, 2009          Decided: August 12, 2009

Before MICHAEL, DUNCAN, and AGEE, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Christopher Cary Fialko, RUDOLF, WIDENHOUSE & FIALKO, Charlotte, North Carolina, for Appellant. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Adrian Y. Jackson appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Jackson</u>, Nos. 3:04-cr-00191-MR-DCK-5; 3:05-cr-00103-RJC-DCK-1 (W.D.N.C. Apr. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>